The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – Phone
(212) 490-6070 - Fax



1599 Post Road East
Westport, CT 06880
(203) 256-8600 – Phone
(203) 255-5700 - Phone
(203) 256-8615 – Fax
(203) 255-5702 - Fax

December 2, 2021

***VIA ECF and FACSIMILE***
The Honorable Alvin K. Hellerstein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **JMB Shipping ATB 284, LLC v. Unico Commodities LLC, Inc.**
        **SDNY Case No. 21-cv-08907-AKH**

Dear Judge Hellerstein,

We represent the Defendant in the above captioned matter, Unico Commodities LLC, Inc. ("Defendant" or "Unico") and write to request an extension of time to file a responsive pleading. The current due date for a responsive pleading is December 2, 2021 and counsel for the Plaintiff consented late last evening to an extension of such deadline through December 23, 2021. This is the first requested extension of this nature and no other dates have yet been scheduled or ordered by the Court.

Respectfully submitted,

Lennon, Murphy & Phillips, LLC
*Attorneys for Plaintiff*

By:_____
        Patrick F. Lennon, Esq.
        Kevin J. Lennon, Esq.
        The GrayBar Building
        420 Lexington Ave., Suite 300
        New York, NY 10170
        (212) 490-6050
        (212) 490-6070 fax
        pfl@lmplaw.net
        kjl@lmplaw.net

cc:     All counsel of Record Via ECF