UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JMP SHIPPING ATB 284, LLC,<br><br>        Plaintiff,<br><br>- against -<br><br>UNICO COMMODITIES LLC, INC.,<br><br>        Defendant. | Civil Action No. 1:21-CV-8907 (AKH)<br><br>ECF Case |

## NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the pleadings and proceedings heretofore had herein, Defendant Unico Commodities LLC moves this Honorable Court before the Honorable Alvin K. Hellerstein Unites States District Court Judge, at 500 Pearl Street, New York, 10007, Courtroom 14D for an order dismissing the Amended Complaint (Dkt. No. 20), with prejudice.

This Motion is made pursuant to the Court's Order Dismissing Complaint for Lack of Jurisdiction (ECF No. 19) directing Defendant to refile its original Motion to Dismiss (ECF No. 11) pursuant to Rule 12(b)(6), and directing that such motion would be considered as fully briefed on the basis of the briefs filed in connection with the originally filed motion (ECF No.s 11, 12, 15 and 18).

Dated:  March 24, 2022

                                          The Defendant
                                        UNICO COMMODITIES LLC

By: _____
        Patrick F. Lennon, Esq.
        Keith W. Heard, Esq.
        Kevin J. Lennon, Esq.
        LENNON, MURPHY & PHILLIPS, LLC
        The GrayBar Building
        420 Lexington Avenue, Suite 300
        New York, NY  10170
        (212) 490-6050 - phone
        (212) 490-6070 - facsimile
        pfl@lmplaw.net
        kwh@lmplaw.net
        kjl@lmplaw.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 24, 2022, a copy of the foregoing was filed electronically on the Court's CM/ECF docketing system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

 

_____
Patrick F. Lennon